UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ANTHONY MINES, individually and on behalf of others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:17-cv-04746-RLY-DLP |
| GALAXY INTERNATIONAL PURCHASING, LLC, a Nevada limited liability company, and GLOBAL CREDIT & COLLECTION CORP. a Delaware corporation, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On December 27, 2007, Plaintiff, Anthony Mines, individually and on behalf of other similarly situated, filed a Class Action Complaint against the Defendants, Galaxy International Purchasing, LLC and Global Credit & Collection Corporation, alleging that they failed to identify the current creditor of his debt and the putative class members' debts in violation of the Fair Debt Collection Practices Act. On April 5, 2018, Defendants filed a Motion to Compel Arbitration and Stay Case. The court referred the matter to the Magistrate Judge, who issued her Report and Recommendation. The Magistrate Judge recommended that the court grant Defendants' motion. Neither party objects. "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). The court has reviewed the Magistrate Judge's Report and

Recommendation and finds no clear error. Accordingly, the court **ADOPTS** the Magistrate Judge's Report and Recommendation (Filing No. 49) and **GRANTS** Defendants' Motion to Compel and Stay Case (Filing No. 26). This action is **STAYED** pending completion of the arbitration pursuant to the terms of the Arbitration Provision at issue.

**SO ORDERED** this 22nd day of March 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.